JEFFREY S. BUCHOLTZ
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6635; (415) 436-6646
E-mail:      jeanne.franken@usdoj.gov
             geoff.owen@usdoj.gov

Attorneys of Defendant & Cross-claimant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. ERIKSEN, | ) CIVIL NO.  C-07-05005-JCS |
| Plaintiff, | ) CONSENT TO PROCEED BEFORE A |
| v. | ) UNITED STATES MAGISTRATE JUDGE |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

1    Dated:    ___December 3, 2007_____

2                                              JEFFREY S. BUCHOLTZ
                                              Assistant Attorney General
3                                              SCOTT N. SCHOOLS
                                              United States Attorney
4                                              R. MICHAEL UNDERHILL
                                              Attorney in Charge, West Coast Office
5                                              Torts Branch, Civil Division
                                              JEANNE M. FRANKEN
6                                              Trial Attorney
                                              Torts Branch, Civil Division
7

8                                                  ___/s G. D. OWEN_____
9                                              GEOFFREY D. OWEN
                                              Trial Attorney
10                                             Torts Branch, Civil Division
                                              U.S. Department of Justice
11
                                              Attorneys  for  Defendant  &  Cross-claimant
12                                             United States of America

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   CONSENT TO PROCEED BEFORE A
     UNITED STATES MAGISTRATE JUDGE          2            C-07-05005-JCS