# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.:** C07-5005 JCS

**CASE NAME:** David N. Eriksen v. USA

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY:** Karen Hom

**DATE:** January 11, 2008   **TIME:** 14 MINS     **COURT REPORTER:** Not Recorded

**COUNSEL FOR PLAINTIFF:**         **COUNSEL FOR DEFENDANT:**
Ronald Klein                       Jeanne Frankin & Geoffrey Owen

**PROCEEDINGS:**                   **RULING:**

1. Case Management Conference       Held

**ORDERED AFTER HEARING:**

Plaintiff shall produce all medical records by the next case management conference. Case referred to Mag. Judge Maria-Elena James for a settlement conference, to occur within ninety (90) days, or at the convenience of her calendar.
An updated joint case management conference statement is due by 3/28/8.

**ORDER TO BE PREPARED BY:**  ( ) Plaintiff    ( ) Defendant    (X) Court

**CASE CONTINUED TO:** 04/04/08  at 1:30 p.m., for a further case mgmt conference.

**Number of Depos:** 1 ea side before next cmc        **Discovery Cutoff:**

**Expert Disclosure:**          Expert Rebuttal        **Expert Discovery Cutoff:**

**Motions Hearing**         at 9:30 a.m.              **Pretrial Conference**       at 1:30 p.m.

**Trial Date:**         at 8:30 a.m.  ( ) Jury  ( ) Court   Set for        Days

CC:   Chambers, Wings, Brenda