**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. ERIKSEN, | Case No. C-07-05005 JCS |
| Plaintiff(s), | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

Following a case management conference held on **January 11, 2008,**

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall produce all medical records before the next case management conference.

2. This case shall be referred to Magistrate Judge Maria-Elena James for a settlement conference, to occur within ninety (90) days, or at the convenience of Judge James' calendar.

3. Each side may take one deposition before the next case management conference.

4. An updated joint case management conference statement shall be due by **March 28, 2008.**

5. A further case management conference is set for **April 4, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: January 15, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge