JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone:  (415) 436-6644; (415) 436-6646
E-mail:       jeanne.franken@usdoj.gov
                    geoff.owen@usdoj.gov

Attorneys of Defendant & Cross-claimant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID N. ERIKSEN, | Civil No. C 07-05005-JCS |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| UNITED STATES OF AMERICA, | NOTICE OF APPEARANCE |
| Defendant. | |

   PLEASE TAKE NOTICE that the undersigned counsel of record is the lead

counsel appearing on behalf of defendant, United States of America, in this matter:

   JEANNE M. FRANKEN (State Bar No. 104986)
   Trial Attorney
   Torts Branch, Civil Division
   U.S. Department of Justice
   Telephone: (415) 436-6644
   Fax: (415) 436-6632
   jeanne.franken@usdoj.gov

NOTICE OF APPEARANCE                           1                         C-07-05005-JCS

1 | Undersigned counsel is registered in this District with respect to the filing and
2 | receipt of electronically filed documents.

3

4 | Dated: January __18__, 2008

    JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
5     SCOTT N. SCHOOLS
United States Attorney
6     R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
7     Torts Branch, Civil Division

8     s/Jeanne M. Franken

9     _____
JEANNE M. FRANKEN
Trial Attorney
10     Torts Branch, Civil Division
GEOFFREY D. OWEN
11     Trial Attorney
Torts Branch, Civil Division
12     U.S. Department of Justice

13     Attorneys for Defendant
United States of America

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | NOTICE OF APPEARANCE      2      C-07-05005-JCS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January __18__, 2008, a copy of the foregoing Notice of Appearance was served electronically on the following:

Cavin@earthlink.net

                                                 s/Jeanne M. Franken
                                                 JEANNE M. FRANKEN