**United States District Court**

For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    JCS DAVID N. ERIKSEN,                        No. C 07-5005(JCS)

8              Plaintiff(s),
                                                  CLERK'S NOTICE
9         v.

10   UNITED STATES OF AMERICA,

11             Defendant(s).
     _____/
12

13   TO ALL PARTIES AND COUNSEL OF RECORD:

14

15   YOU ARE NOTIFIED THAT the Further Case Management Conference set before Magistrate

16   Judge Spero previously noticed for April 4, 2008, at 1:30 p.m., has been reset to **10:30 a.m,**

17   Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California..  Any party

18   requesting a continuance shall submit a stipulation and proposed order.

19

20

21   Dated:  March 18, 2008

22                                          FOR THE COURT,
                                            Richard W. Wieking, Clerk
23

24                                          by: /s/_____
                                                  Frank Justiliano
25                                                Courtroom Deputy

26

27

28