```
 1  JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General
 2  SCOTT N. SCHOOLS
    United States Attorney
 3  R. MICHAEL UNDERHILL
    Attorney in Charge, West Coast Office
 4  Torts Branch, Civil Division
    JEANNE M. FRANKEN
 5  Trial Attorney
    Torts Branch, Civil Division
 6  GEOFFREY D. OWEN
    Trial Attorney
 7  Torts Branch, Civil Division
    U.S. Department of Justice
 8  7-5395 Federal Bldg., P.O. Box 36028
    450 Golden Gate Avenue
 9  San Francisco, California  94102-3463
    Telephone: (415) 436-6644; (415) 436-6646
10  E-mail:    jeanne.franken@usdoj.gov
               geoff.owen@usdoj.gov
11
    Attorneys of Defendant
12  United States of America

13  LYLE C. CAVIN, JR. SBN 44958
    RONALD H. KLEIN, SBN 32551
14  LAW OFFICES OF LYLE C. CAVIN, JR.
    70 Washington Street, Suite 325
15  Oakland, CA 94607
    Telephone: (510) 444-2501
16
    Attorneys for Plaintiff
17  DAVID N. ERIKSEN
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID N. ERIKSEN,            ) | Civil No. C 07-05005-JCS |
|                              ) | |
| Plaintiff,                   ) | IN ADMIRALTY |
|                              ) | |
| v.                           ) | SUPPLEMENTAL |
|                              ) | JOINT CASE MANAGEMENT |
| UNITED STATES OF AMERICA,    ) | STATEMENT |
|                              ) | |
| Defendant.                   ) | DATE: April 4, 2008 |
|                              ) | TIME: 10:30 a.m. |

Counsel for the parties hereby jointly submit a supplemental case management statement, as directed by the Court, in advance of the second case management

SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT         1                    C-07-05005-JCS

conference which is presently scheduled to take place on Friday, April 4, 2008 at 10:30 a.m.

A settlement conference has been scheduled by Magistrate Judge James for April 29, 2008, a date which falls after the April 11, 2008 deadline for the conference previously indicated by the Court. The Court has limited the discovery the parties can conduct prior to the settlement conference, but plaintiff's counsel would like to obtain leave to conduct an inspection of the relevant area of the vessel, assuming the ship is presently in the San Francisco area.

The parties have continued to exchange documents informally, and have each served a set of written discovery. The Government also subpoenaed records from one of plaintiff's medical providers, but those medical records, which were just received, have numerous and large redactions. The plaintiff's deposition is just being conducted on March 27, 2008, because he was working on a ship which was at sea and his noticed deposition accordingly had to be continued until his return. Plaintiff is desirous of taking the deposition of one of his former crew mates on the Government's ship, but that seaman is reportedly no longer working for the Government's ship operator. The parties will

1  endeavor to locate the witness, and secure his cooperation or subpoenae him for a
2  deposition.

3  Dated: March __, 2008            JEFFREY S. BUCHOLTZ
4                                   Acting Assistant Attorney General
                                    SCOTT N. SCHOOLS
5                                   United States Attorney
                                    R. MICHAEL UNDERHILL
6                                   Attorney in Charge, West Coast Office
                                    Torts Branch, Civil Division
7
8
9                                   _____
                                    JEANNE M. FRANKEN
10                                  Trial Attorney
                                    Torts Branch, Civil Division
11                                  GEOFFREY D. OWEN
                                    Trial Attorney
12                                  Torts Branch, Civil Division
                                    U.S. Department of Justice
13
                                    Attorneys for Defendant
14                                  United States of America

15  Dated: March __, 2008            LAW OFFICES OF LYLE C. CAVIN, JR.

16
                                    _____
17                                  Christopher Goodrow, Esq.

18                                  Attorneys for Plaintiff
                                    David N. Eriksen
19
20
21
22
23
24
25
26
27
28  SUPPLEMENTAL JOINT CASE
    MANAGEMENT STATEMENT            3                    C-07-05005-JCS