# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

**CASE NO.: C07-5005 JCS**

**CASE NAME: David N. Eriksen v. USA**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** April 4, 2008    **TIME:** 3 MINS | **COURT REPORTER:** Not Recorded |
| **COUNSEL FOR PLAINTIFF:**<br>Christopher Goodroe | **COUNSEL FOR DEFENDANT:**<br>Jeanne Franken & Chad Kaufman |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Further Case Management Conference | Held |

**ORDERED AFTER HEARING:**

A joint updated cmc statement shall be due by 5/2/8.

**ORDER TO BE PREPARED BY:  ( ) Plaintiff    ( ) Defendant    (X) Court**

**CASE CONTINUED TO: 05/09/08 at 1:30 p.m., for a further case mgmt conference.**

| | |
|---|---|
| **Number of Depos:** 1 | **Discovery Cutoff:** |
| **Expert Disclosure:**            Expert Rebuttal | **Expert Discovery Cutoff:** |
| **Motions Hearing**        at 9:30 a.m. | **Pretrial Conference**        at 1:30 p.m. |

**Trial Date:**         at 8:30 a.m.  ( ) Jury  ( ) Court   Set for         Days

CC:    Chambers, Karen