**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. ERIKSEN, | Case No. C-07-05005 JCS |
| Plaintiff(s), | **FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

Following a further case management conference held on **January 11, 2008,**

IT IS HEREBY ORDERED THAT:

1. An updated joint case management conference statement shall be due by **May 2, 2008**

2. A further case management conference is set for **May 9, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: April 10, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge