```
 1  JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General
 2  SCOTT N. SCHOOLS
    United States Attorney
 3  R. MICHAEL UNDERHILL
    Attorney in Charge, West Coast Office
 4  Torts Branch, Civil Division
    JEANNE M. FRANKEN
 5  Trial Attorney
    Torts Branch, Civil Division
 6  (415) 436-6644
    CHAD KAUFFMAN
 7  Trial Attorney
    Torts Branch, Civil Division
 8  U.S. Department of Justice
    7-5395 Federal Bldg., P.O. Box 36028
 9  450 Golden Gate Avenue
    San Francisco, California  94102-3463
10  Telephone: (415) 436-6646
    E-mail:    jeanne.franken@usdoj.gov
11             chad.kauffman@usdoj.gov

12  Attorneys of Defendant
    United States of America
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID N. ERIKSEN, | ) Civil No. C-07-05005-JCS |
|---|---|
| Plaintiff, | ) IN ADMIRALTY |
| v. | ) |
| UNITED STATES OF AMERICA, | ) NOTICE OF SUBSTITUTION |
| Defendant. | ) OF COUNSEL |

PLEASE TAKE NOTICE that Government counsel, GEOFFREY D. OWEN, is no longer handling cases with this office. Jeanne M. Franken remains as lead counsel for the Government, and the following individual should be substituted for Mr. Owen:

//
//
//
//

NOTICE OF SUBSTITUTION OF COUNSEL            1            C-07-05005-JCS

```
 1   CHAD KAUFFMAN
     Trial Attorney
 2   Torts Branch, Civil Division
     U.S. Department of Justice
 3   P.O. Box 36028
     450 Golden Gate Avenue, Room 7-5395
 4   San Francisco, California  94102-3463
     Telephone: (415) 436-6646
 5   Facsimile:  (415) 436-6632
     E-mail: chad.kauffman@usdoj.gov
 6
```

Pleadings, documents and correspondence previously sent to Mr. Owen in this action should henceforth be sent to the above-listed counsel. Ms. Franken should still receive copies as well.

Dated: April 9, 2008            JEFFREY S. BUCHOLTZ
                                Acting Assistant Attorney General
                                SCOTT N. SCHOOLS
                                United States Attorney
                                R. MICHAEL UNDERHILL
                                Attorney in Charge, West Coast Office
                                Torts Branch, Civil Division


                                _____
                                JEANNE M. FRANKEN
                                Trial Attorney
                                CHAD KAUFFMAN
                                Trial Attorney
                                Torts Branch, Civil Division
                                U.S. Department of Justice

                                Attorneys for Defendant
                                United States of America

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing NOTICE OF SUBSTITUTION OF COUNSEL was served on the following on April 9, 2008:

Served Electronically through CM/ECF:

Ronald H. Klein                                        cavin@earthlink.net

_____
JEANNE M. FRANKEN