Total Time (Hrs): **1.5**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** April 29, 2008
**TITLE:** Eriksen -v- U.S.A.                                    **CASE #:** C-07-5005 JCS

### APPEARANCES:

**FOR PLAINTIFF:**                                              **FOR DEFENDANT:**

Alfred G. Johnson                                               Jeanne M. Franken
Chistopher W. Goodroe                                           Chad E. Kauffman

**Deputy Clerk:** Brenda Tolbert                                **FTR:**

### PROCEEDINGS:

____  Case Management
____  Further Case Management
____  Status Conference
____  Pretrial Conference
_X_   Further Settlement Conference (Length: 1.5 Hr/s.)
____  Evidentiary Hearing
____  Examination of Judgment Debtor
____  Motions
____  Other:

**ORDER/RESULTS:**

Settlement Conference Held.  CASE SETTLED.

**Case Continued To:** May 28, 2008 at 2:00 p.m.     **For:** Furt Setmt Conf
**Case Referred To:**                                **For:**

**ORDER TO BE PREPARED BY:**

cc: Chambers File, Chris, Brenda,  Other: