Total Time (Hrs): **1.5**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## *HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

## AMENDED
### CIVIL MINUTE ORDER

**DATE:  April 29, 2008**
**TITLE: Eriksen -v- U.S.A.**                                    **CASE #: C-07-5005 JCS**

---

### APPEARANCES:

**FOR PLAINTIFF:**                                          **FOR DEFENDANT:**

**Alfred G. Johnson**                                       **Jeanne M. Franken**
**Chistopher W. Goodroe**                                   **Chad E. Kauffman**

---

**Deputy Clerk:  Brenda Tolbert**                           **FTR:**

### PROCEEDINGS:

**\_\_\_\_  Case Management**
**\_\_\_\_  Further Case Management**
**\_\_\_\_  Status Conference**
**\_\_\_\_  Pretrial Conference**
**  X   Further Settlement Conference (Length: 1.5 Hr/s.)**
**\_\_\_\_  Evidentiary Hearing**
**\_\_\_\_  Examination of Judgment Debtor**
**\_\_\_\_  Motions**
**\_\_\_\_  Other:**

---

### ORDER/RESULTS:

            **Settlement Conference Held.**


**Case Continued To:\_\_\_ July 28, 2008 at 2:00 p.m.\_\_\_  For:\_ Furt Setmt Conf_____**
**Case Referred To:_____  For:_____**


**ORDER TO BE PREPARED BY:**

**cc: Chambers File, Chris, Brenda,  Other:**