JEFFREY S. BUCHOLTZ
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
CHAD E. KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6644; (415) 436-6646
E-mail:    jeanne.franken@usdoj.gov
           chad.kauffman@usdoj.gov

Attorneys of Defendant
United States of America

LYLE C. CAVIN, JR. SBN 44958
CHRISTOPHER W. GOODROE SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
70 Washington Street, Suite 325
Oakland, CA 94607
(510) 444-2501

Attorneys for Plaintiff,
DAVID N. ERIKSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. ERIKSEN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO. C-07-05005-JCS <br><br> SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT <br><br> Date: May 9, 2008 <br> Time: 1:30 p.m. <br> Courtroom: Magistrate Judge Spero |

UPDATED JOINT CASE MANAGEMENT STATEMENT    1    C-07-05005-JCS

Counsel for the parties have conferred and make the following updated joint case management conference statement:

A settlement conference was conducted by Magistrate Judge James on April 29, 2008. A settlement was not achieved at that time. A further settlement conference has been scheduled by Magistrate Judge James for July 28, 2008.

The United States responded to Mr. Eriksen's interrogatories and requests for production of documents on April 28, 2008. A vessel inspection of the M/V ADMIRAL W.M. CALLAGHAN and the deposition of Bosun Kenneth Herzstein also took place that day.

The parties intend to conduct additional discovery in advance of the second settlement conference to include the depositions of plaintiff's co-workers and his treating physicians. The United States may choose to conduct an independent medical evaluation of plaintiff thereafter, depending on the testimony of plaintiff's doctor(s). Plaintiff has also agreed to produce a copy of his medical expert report.

The parties suggest that the Court either schedule a further case management conference at some time after Magistrate Judge James's further settlement conference has

/
/
/
/
/
/
/
/
/
/
/
/

been conducted on July 28, 2008, or, in the alternative, set scheduling dates to coincide with a bench trial to be conducted in the spring of 2009.

Dated:   5/1/08

*[signature]*

LAW OFFICES OF LYLE C. CAVIN, JR.
Christopher W. Goodroe, SBN# 224386
70 Washington Street, Suite 325
Oakland, CA 94607
Telephone (510) 444-2501

Attorney's for Plaintiff
David N. Eriksen

Dated:   5/1/08

JEFFREY S. BUCHOLTZ
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division

*[signature]*

CHAD E. KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

UPDATED JOINT CASE MANAGEMENT STATEMENT    3    C-07-05005-JCS