**United States District Court**
For the Northern District of California

1
2
3
4                  UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7    DAVID N. ERIKSEN,                         No. C 07-5005 (JCS)
8              Plaintiff(s),
                                               CLERK'S NOTICE
9        v.
10   UNITED STATES OF AMERICA,
11             Defendant(s).
     _____/
12
13   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15   YOU ARE NOTIFIED THAT the Further Case Management Conference before Magistrate Judge
16   Spero previously noticed for May 9, 2008, at 1:30 p.m., has been advanced to **THE SAME DAY, at**
17   **9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.
18
19   Dated:  May 7, 2008
20                                    FOR THE COURT,
                                      Richard W. Wieking, Clerk
21
22                                    by: _____
23                                         Karen L. Hom
                                           Courtroom Deputy
24
25
26
27
28