LYLE C. CAVIN, JR., SBN 44958
CHRISTOPHER W. GOODROE, SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: (510) 444-2501
Facsimile: (510) 444-4209

Attorneys for Plaintiff
David N. Eriksen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. ERIKSEN, | Case No. C-07-05005-JCS |
| Plaintiff, | **STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, | Original CMC Date: May 9, 2008
Time: 9:30 |
| Defendants.         / | Magistrate: Spero |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The Case Management Conference originally set for Friday, May 9, 2008 at 1:30 p.m. was reset by the Court for Friday May 9, 2008 at 9:30 a.m. Plaintiff's counsel has a previously scheduled mediation in front of Harris Weinberg beginning at 10:00 a.m. on May 9, 2008. As such, plaintiff's counsel is not available for the Case Management Conference.

Both plaintiff and defendant have stipulated that the Case Management Conference is to be rescheduled so that it will be heard on **May 16, 2008 at 1:30 p.m.** Defendant's lead trial counsel Jeanne M. Franken is not available on May 16, 2008 as she

is out of town. Defense counsel Chad Kauffman is fully versed in the case, and he will be able to commit to dates set by the Court on behalf of the Government. In the alternative, if the Court wishes that Ms. Franken be available for the conference, then the parties request that the Case Management Conference be held on Friday May 30, 2008 at 1:30.

Dated: May 8, 2008                                   LAW OFFICES OF LYLE C. CAVIN, JR.


By: _____/s/_____
Christopher W. Goodroe
Attorneys for Plaintiff
David Eriksen


Dated: May 8, 2008                                   THE UNITED STATES OF AMERICA


BY: _____/s/_____
Chad Kauffman
Trial Attorney
Torts Branch, Civil Division
Attorneys for Defendant
UNITED STATES OF AMERICA

Dated: May 9, 2008

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA