# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.: C07-5005 JCS**

**CASE NAME: David N. Eriksen v. USA**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY: Karen Hom** |
| **DATE: May 16, 2008    TIME: 4 MINS** | **COURT REPORTER:<u> Not Recorded</u>** |
| **<u>COUNSEL FOR PLAINTIFF:</u>** <br> Christopher Goodroe | **<u>COUNSEL FOR DEFENDANT:</u>** <br> Chad Kaufman |

| **<u>PROCEEDINGS:</u>** | **<u>RULING:</u>** |
|---|---|
| 1. Further Case Management Conference | Held |

**<u>ORDERED AFTER HEARING:</u>**

**ORDER TO BE PREPARED BY: ( ) Plaintiff    ( ) Defendant    (X) Court**

**CASE CONTINUED TO:    08/01/08 at 1:30 p.m., for a further case mgmt conference.**

| | | |
|---|---|---|
| **Number of Depos:** | **Discovery Cutoff: 11/01/08** | |
| **Expert Disclosure: 2/1/09** | **Expert Rebuttal** | **Expert Discovery Cutoff: 02/15/09** |
| **Motions Hearing 12/05/08 at 9:30 a.m.** | | **Pretrial Conference   3/27/09 at 1:30 p.m.** |

**Trial Date:   4/6/09 at 8:30 a.m.  ( X ) Jury  ( ) Court  Set for 4 Days**

CC:      Chambers, Karen