# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# AMENDED CIVIL MINUTE ORDER

**CASE NO.: C07-5005 JCS**

**CASE NAME: David N. Eriksen v. USA**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY: Karen Hom** |
| **DATE: May 16, 2008    TIME: 4 MINS** | **COURT REPORTER: Not Recorded** |
| **COUNSEL FOR PLAINTIFF:** Christopher Goodroe | **COUNSEL FOR DEFENDANT:** Chad Kaufman |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Further Case Management Conference | Held |

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:  ( ) Plaintiff    ( ) Defendant    (X) Court**

**CASE CONTINUED TO:** 08/01/08 at 1:30 p.m., for a further case mgmt conference.

**Number of Depos:**        **Discovery Cutoff: 11/01/08**

**Expert Disclosure: 2/1/09**    **Expert Rebuttal**    **Expert Discovery Cutoff: 02/15/09**

**Motions Hearing 12/05/08 at 9:30 a.m.**    **Pretrial Conference: 3/27/09 at 1:30 p.m.**

**Trial Date:  4/6/09 at 8:30 a.m.  ( ) Jury  (X) Court  Set for 4 Days**

cc:    Chambers, Karen

*Amended due to clerical error. Trial is a Court trial.