```
 1  GREGORY G. KATSAS
    Acting Assistant Attorney General
 2  JOSEPH P. RUSSONIELLO
    United States Attorney
 3  R. MICHAEL UNDERHILL
    Attorney in Charge, West Coast Office
 4  Torts Branch, Civil Division
    JEANNE M. FRANKEN
 5  Trial Attorney
    Torts Branch, Civil Division
 6  CHAD KAUFFMAN
    Trial Attorney
 7  Torts Branch, Civil Division
    U.S. Department of Justice
 8  7-5395 Federal Bldg., P.O. Box 36028
    450 Golden Gate Avenue
 9  San Francisco, California  94102-3463
    Telephone:  (415) 436-6644; (415) 436-6646
10  E-mail:      jeanne.franken@usdoj.gov
                 chad.kauffman@usdoj.gov
11
    Attorneys of Defendant
12  United States of America

13  LYLE C. CAVIN, JR. SBN 44958
    RONALD H. KLEIN, SBN 32551
14  LAW OFFICES OF LYLE C. CAVIN, JR.
    201 Fourth Street, Suite102
15  Oakland, CA 94607
    Telephone: (510) 444-2501
16
    Attorneys for Plaintiff
17  DAVID N. ERIKSEN
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID N. ERIKSEN, | ) Civil No. C 07-05005-JCS |
| Plaintiff, | ) IN ADMIRALTY |
| v. | ) |
| UNITED STATES OF AMERICA, | ) SECOND SUPPLEMENTAL |
| Defendant. | ) JOINT CASE MANAGEMENT |
|  | ) STATEMENT |

Counsel for the parties have conferred and make the following updated joint case management conference statement:

SECOND SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT                                1                                C-07-05005-JCS

1  A second settlement conference will be conducted by Magistrate Judge Maria-Elena James on Monday, July 28, 2008.

Since the last case management conference, the United States has deposed two additional percipient witnesses, the Chief Mate in Tampa, Florida and another crewman in Seattle, Washington, in addition to one of plaintiff's treating doctors. The Government has also had Mr. Eriksen examined by an orthopaedist. Should the case not be resolved at the second settlement conference with Magistrate James, the parties will decide whether additional experts on liability, vocational rehabilitation and/or economic issues are required, expert reports will be exchanged and the experts will be deposed in due course.

At present it appears the parties are on track to meet the pretrial and trial schedule.

Dated: July __18__, 2008          GREGORY G. KATSAS
                                  Acting Assistant Attorney General
                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney
                                  R. MICHAEL UNDERHILL
                                  Attorney in Charge, West Coast Office
                                  Torts Branch, Civil Division


                                   /s/ Jeanne M. Franken
                                  JEANNE M. FRANKEN
                                  Trial Attorney
                                  Torts Branch, Civil Division
                                  CHAD KAUFFMAN
                                  Trial Attorney
                                  Torts Branch, Civil Division
                                  U.S. Department of Justice

                                  Attorneys for Defendant
                                  United States of America


Dated: July __18__, 2008          LAW OFFICES OF LYLE C. CAVIN, JR.


                                   /s/ Jeanne M. Franken
                                  CHRIS GOODROE

                                  Attorney's for Plaintiff
                                  David N. Eriksen

SECOND SUPPLEMENTAL JOINT CASE
MANAGEMENT STATEMENT                 2                      C-07-05005-JCS

1 | CERTIFICATION OF SIGNATURES
2 |     I attest that the content of the document is acceptable to all persons required to
3 | sign the document.

                                      /s/Jeanne M. Franken
                                      JEANNE M. FRANKEN

SECOND SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT     3     C-07-05005-JCS

| | |
|---|---|
| 1 | |
| 2 | CERTIFICATE OF SERVICE |

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing SECOND SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Lyle C. Cavin, Jr.          cavin@earthlink.net                              July __18__, 2008

/s/ Jeanne M. Franken
_____
JEANNE M. FRANKEN