Total Time (Hrs): **1.5**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## *HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:  July 28, 2008**
**TITLE:  Eriksen -v- U.S.A.**                                    **CASE #: C-07-5005 JCS**

_____

### APPEARANCES:

**FOR PLAINTIFF:**                                               **FOR DEFENDANT:**

**Alfred G. Johnson**                                            **Jeanne M. Franken**
**Christopher W. Goodroe**

_____

**Deputy Clerk:  Brenda Tolbert**                                **FTR:**

### PROCEEDINGS:

**____  Case Management**
**____  Further Case Management**
**____  Status Conference**
**____  Pretrial Conference**
**  X   Settlement Conference (Length: 1.5 Hr/s.)**
**____  Evidentiary Hearing**
**____  Examination of Judgment Debtor**
**____  Motions**
**____  Other:**

_____

### ORDER/RESULTS:

**Settlement Conference Held.**


**Case Continued To:_____ 11-10-08 at 10:00 a.m._____  For:__ Furt Setmt Conf_____**
**Case Referred To:_____  For:_____**


**ORDER TO BE PREPARED BY:**

**cc: Chambers File, Chris, Brenda,  Other:**