# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.: C07-5005 JCS**

**CASE NAME: David N. Eriksen v. USA**

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY: Karen Hom**

**DATE: Aug. 1, 2008**     **TIME: 2 MINS**     **COURT REPORTER:** <u>Not Recorded</u>

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Christopher Goodroe | Chad Kaufman & Jeanne Franken |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Further Case Management Conference | Held |

**ORDERED AFTER HEARING:**

Updated joint case management statement due by 11/26/8.

**ORDER TO BE PREPARED BY:  ( ) Plaintiff     ( ) Defendant     (X) Court**

**CASE CONTINUED TO:**     12/05/08 at 9:30 a.m., for Motions and a further case mgmt conference.

**Number of Depos:**     **Discovery Cutoff: 11/01/08**

**Expert Disclosure:**     **Expert Rebuttal**     **Expert Discovery Cutoff:**

**Motions Hearing:**     at 9:30 a.m.     **Pretrial Conference**   at 1:30 p.m.

**Trial Date:**     at 8:30 a.m.  ( ) Jury  ( ) Court  Set for  Days

cc:     Chambers, Karen