**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID N. ERIKSEN,                           Case No. C-07-05005 JCS

      Plaintiff(s),

  v.                                     **FURTHER CASE MANAGEMENT AND PRETRIAL ORDER**

UNITED STATES OF AMERICA,

      Defendant(s).
_____/

Following a further case management conference held on **August 4, 2008,**

IT IS HEREBY ORDERED THAT:

1. An updated joint case management conference statement shall be due by **November 26, 2008**.

2. A further case management conference is set for **December 5, 2008, at 9:30 a.m.**

IT IS SO ORDERED.

Dated: August 4, 2008

                                           _____
                                           JOSEPH C. SPERO
                                           United States Magistrate Judge